IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN C. WIGGINS, | * |
|     Petitioner, | * |
| v. | Case No. 5:23-cv-00045-MTT-CHW |
| | * |
| BILL MASSEE, | |
| | * |
|     Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 1, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 1st day of June, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk